CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Bogdanova, Vera | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>05-cr-00466-MSK-4 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Aroutiounov | 8. PAYMENT CATEGORY<br>[X] Felony  [ ] Petty Offense<br>[ ] Misdemeanor  [ ] Other<br>[ ] Appeal | 9. TYPE PERSON REPRESENTED<br>[X] Adult Defendant  [ ] Appellant<br>[ ] Juvenile Defendant  [ ] Appellee<br>[ ] Other: | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
8 1325.F

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

[X] Authorization to obtain service. Estimated compensation and $ 1000.00    OR 16 hours at 60 per hour

[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act (Note: Prior authorization should be obtained for services in excess of $500.00, excluding expenses)

Signature of Attorney    s/ Alaurice Tafoya-Modi    Date April 10, 2006

[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Alaurice Tafoya_Modi
The Law Office of Alaurice Tafoya-Modi
1700 Broadway, Suite 1006
Denver, CO 80290    Telephone: 303-813-1100

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
For the investigation of government's main witness who has extensive history of marriages. Her credibility would be critical and motive to cooperate very high given potential charges she faced. In addition, the defense would need the assistance of an investigator in preparation for motions hearing and trial.

14. TYPE OF SERVICE PROVIDER

| 01 [X] Investigator | 15 [ ] Other Medical |
| 02 [ ] Interpreter/Translator | 16 [ ] Voice/Audio Analyst |
| 03 [ ] Psychologist | 17 [ ] Hair/Fiber Expert |
| 04 [ ] Psychiatrist | 18 [ ] Computer (Hardware/Software/Systems) |
| 05 [ ] Polygraph | |
| 06 [ ] Documents Examiner | 19 [ ] Paralegal Services |
| 07 [ ] Fingerprint Analyst | 20 [ ] Legal |
| 08 [ ] Accountant | 21 [ ] Jury Consultant |
| 09 [ ] CALR (Westlaw/Lexis, etc.) | 22 [ ] Mitigation Specialist |
| 10 [ ] Chemist/Toxicologist | 23 [ ] Duplication Services |
| 11 [ ] Ballistics | (See Instructions) |
| 13 [ ] Weapons/Firearms/Explosive | 24 [ ] Other (Specify) |
| 14 [ ] Pathologist/Medical Examiner | |

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

_[signature]_
Signature of Presiding Judicial Officer or By Order of the Court
5/11/06
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of
[ ] YES  [ ] NO    **withdrawn**

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES<br>(Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL<br>ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTAL (CLAIMED AND ADJUSTED): | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Brian Earnest    TIN: _____    Telephone: 720-876-1213
1550 Larimer Street, #127
Denver, CO 80202

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____
CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Payee _____    Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of Attorney _____    Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPR./CERT. |
|---|---|---|---|

23. [ ] Either the cost (excluding expenses) of these services does not exceed $300.00, or prior authorization was obtained.
    [ ] Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.00.

Signature of Presiding Judicial Officer    Date    Judge/Magistrate Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|